UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
KEENAN M. SCOTT, THOMAS LOGAN, :
JOHN LOOMIS, ROBERT DAVISON and :
MICHAEL C. DEMARTINO, :
:
                        Plaintiffs, :  02 Civ. 9530 (SAS) (TAK)
:
vs. :  **NOTICE OF**
:  **CHANGE OF ADDRESS**
CITY OF NEW YORK and THE NEW :
YORK CITY POLICE DEPARTMENT, :
:
                        Defendants. :
:
------------------------------------x

       PLEASE TAKE NOTICE that effective July 30, 2007, the New York office of Seyfarth Shaw LLP, counsel for Defendants The City of New York and The New York City Police Department (the "NYPD") (collectively "Defendants"), in the above-captioned matter, will move. The new address and contact information for the undersigned is as follows:

       620 Eighth Avenue
       New York, New York  10018-1405

       Main Office Number:  (212) 218-5500
       Main Fax Number:  (212) 218-5526

Dated: New York, New York
       August 23, 2007

NY1 26481251.1

Respectfully submitted,

SEYFARTH SHAW LLP

By _____
Lorie E. Almon (LA-4937)
Robert S. Whitman (RW-1140)
620 Eighth Avenue
New York, New York 10018-1405
Main Office Number: (212) 218-5500
Main Fax Number: (212) 218-5526

Attorneys for Defendants
  City of New York and the
  New York City Police Department

TO: Gary A. Orseck, Esq.
Robbins, Russell, Englert, Orseck & Untereiner LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006

Thomas P. Puccio, Esq.
Law Offices of Thomas P. Puccio
230 Park Avenue
New York, NY 10169

**AFFIDAVIT OF SERVICE BY REGULAR MAIL**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

**DENNIS G. FARRELL**, being duly sworn, deposes and says:

I am not a party to the action; I am over 18 years of age and reside in the County of Middlesex, State of New Jersey.

On August 24, 2007, I served the within **Notice of Change of Address** by depositing a true copy of same, addressed to the parties listed below, enclosed in a post-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:   Gary A. Orseck, Esq.
      Robbins, Russell, Englert, Orseck & Untereiner LLP
      1801 K Street, N.W., Suite 411
      Washington, D.C.  20006

      Thomas P. Puccio, Esq.
      Law Offices of Thomas P. Puccio
      230 Park Avenue
      New York, NY 10169

_____
DENNIS G. FARRELL

Sworn to before me this

24th day of August 2007

_____
Notary Public

CAROLYN A. YLAGAN
Notary Public, State of New York
No. 01YL6064831
Qualified in Kings County
Commission Expires Oct. 1, 200_9_

NY1 26481251.1