# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KEENAN M. SCOTT, THOMAS LOGAN, JOHN LOOMIS, ROBERT DAVIDSON, and MICHAEL C. DEMARTINO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT, <br><br> Defendants. | Civil Action No. 02 CV 9530 (SAS) |

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon consideration of the motion of Damon Taaffe for admission *pro hac vice*,

**IT IS HEREBY ORDERED** that

> Damon Taaffe
> Robbins Russell Englert Orseck Untereiner & Sauber LLP
> 1801 K St., N.W., Suite 411
> Washington, D.C. 20006
> Phone: (202) 775-4500
> Fax: (202) 775-4510

is admitted to practice *pro hac vice* as counsel for Plaintiffs Keenan M. Scott, et al., in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: May 13, 2008

_____
United States District Judge