UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                )
KEENAN M. SCOTT, THOMAS LOGAN,                  )
JOHN LOOMIS, ROBERT DAVISON, and                )
MICHAEL C. DEMARTINO,                           )
                                                )
        Plaintiffs,                             )  02 Civ. 9530 (SAS-THK)
                                                )
        v.                                      )
                                                )
CITY OF NEW YORK and THE NEW                    )
YORK CITY POLICE DEPARTMENT,                    )
                                                )
        Defendants.                             )
                                                )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum and all the prior proceedings herein, Plaintiffs Keenan M. Scott, *et al.*, will move this Court before the Honorable Shira A. Scheindlin, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, under 29 U.S.C. § 216 for an award of attorney's fees and reimbursement of expenses:

1. Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP requests an award of 2,682,777 in attorneys' fees, and 563,693.40 in expenses.

2. Aitchison & Vick requests an award of 2,165,453.40 in attorneys' fees, and 113,874.11 in expenses

In support of this Motion, Plaintiffs submitted herewith a Memorandum in Support; the Declaration of Gary A. Orseck, which attaches two exhibits; and the declaration of William Aitchison, which attaches two exhibits. The undersigned attorneys understand that Thomas P.

Puccio, has been granted an extension due to ongoing trial obligations, and that he will submit a separate application for fees and costs.

A Proposed Order concerning the undersigned attorneys is attached to this Notice.

Respectfully submitted,

_____/s/ Gary A. Orseck,_____
Thomas P. Puccio (TP-8403)
LAW OFFICES OF THOMAS P. PUCCIO
230 Park Avenue
New York, NY 10169
(212) 883-6383

Gary A. Orseck (admitted *pro hac vice*)
Lawrence S. Robbins (LR-8917)
Damon W. Taaffe (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT,
 ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
(202) 775-4500

Will Aitchison
AITCHISON & VICK, INC.
3021 N.E. Broadway
Portland, OR 97232
(503) 282-6160

Date:  June 30, 2009                                            *Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  )
KEENAN M. SCOTT, THOMAS LOGAN,                                    )
JOHN LOOMIS, ROBERT DAVISON, and                                  )
MICHAEL C. DEMARTINO,                                             )
                                                                  )
                  Plaintiffs,                                     )   02 Civ. 9530 (SAS-THK)
                                                                  )
        v.                                                        )
                                                                  )
CITY OF NEW YORK and THE NEW                                      )
YORK CITY POLICE DEPARTMENT,                                      )
                                                                  )
                  Defendants.                                     )
                                                                  )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMNT OF EXPENSES**

This Court having reviewed Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of expenses, opposing papers, evidence and exhibits, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP is awarded _____ in attorneys' fees and expenses.

2. Aitchison & Vick is awarded _____ in attorneys' fees and expenses.

SO ORDERED.

Dated: New York, New York

_____

_____
Shira A. Scheindlin
U.S.D.J.