ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 3 0 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEENAN M. SCOTT, *et al.*,

Plaintiffs,

-against-

CITY OF NEW YORK and THE NEW YORK CITY POLICE DEPARTMENT,

Defendants.

02 Civ. 9530 (SAS)

NOTICE OF APPEAL

2009 JUL 30 PM 12: 23

695993 #455 7/30/09 MG

**NOTICE OF APPEAL**

NOTICE is hereby given that plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the district court's Final Judgment, entered in this action on June 30, 2009 (the "Judgment") and such appeal is taken from each and every part of said Judgment as well as from the whole thereof, including all prior non-final orders and rulings producing the Judgment. This notice is given pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A) and 28 U.S.C. § 1291.

Respectfully submitted,

Thomas P. Puccio, Esq. (TP-8403)
LAW OFFICES OF THOMAS P. PUCCIO
230 Park Avenue
New York, New York 10169
(212) 883-6383

Gary A. Orseck (admitted *pro hac vice*)
Lawrence S. Robbins (LR-8917)
Damon W. Taaffe (admitted *pro hac vice*)
ROBBINS RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
(202) 775-4500

Will Aitchison
AITCHINSON & VICK, INC.
3021 NE Broadway
Portland, OR 97232
(503) 282-6160

*Counsel for Plaintiffs*

Dated: July 30, 2009

cc:

SEYFARTH SHAW LLP
Lorie E. Almon, Esq.
Jeremi L. Chylinski, Esq.
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Tel: (212) 218-5500

ASSISTANT CORPORATION COUNSEL
James M. Lemonedes, Esq.
Andrez Carberry, Esq.
100 Church Street, Room 2-108
New York, New York 10007
Tel: (212) 788-0922

*Counsel for Defendants*