UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KEENAN M. SCOTT, THOMAS LOGAN, JOHN
LOOMIS, ROBERT DAVIDSON and MICHAEL C.
DEMARTINO,

                      Plaintiffs,

     - against -

CITY OF NEW YORK and THE NEW YORK CITY
POLICE DEPARTMENT,

                      Defendants.
------------------------------------------------------------------x

**NOTICE OF**
**CROSS-APPEAL**

02 Civ 9530

FILED U.S. DC
AUG 05 2009
S.D. OF N.Y.

      **PLEASE TAKE NOTICE** that defendants hereby appeal to the United States Court of Appeals for the Second Circuit, from the judgment of the Honorable Shira A. Scheindlin, herein dated June 30, 2009, and entered in the docket on June 30, 2009. This appeal is taken from each and every part of said judgment as well as from the whole thereof.

Dated:  New York, New York
          August 5, 2009

                                  MICHAEL A. CARDOZO
                                  Corporation Counsel of the
                                    City of New York
                                  Attorney for Defendants
                                  100 Church Street
                                  New York, New York 10007
                                  (212) 788-1010

                      By:    _____
                              LEONARD KOERNER
                              Chief, Appeals Division

TO:    THOMAS P. PUCCIO, ESQ.
       LAW OFFICES OF THOMAS P. PUCCIO
       Attorneys for Plaintiffs
       230 Park Avenue
       New York, New York 10169
       (212) 883-6383

WILL AITCHISON, ESQ.
MARK A. CRABTREE, ESQ.
AITCHISON & VICK, INC.,
3021 N.E. Broadway
Portland, Oregon 97232
(503) 282-6160

GARY A. ORSECK, ESQ.
LAWRENCE S. ROBBINS, ESQ.
DAMON W. TAAFFE, ESQ.
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER, LLP.
1801 K. Street, NW, Suite 411
Washington, DC 20006
(202) 775-4500

JOHN T. BRENNAN, ESQ.
LAW OFFICES OF JOHN T. BRENNAN
26 Court Street, Suite 710
Brooklyn, New York 11242
(718) 923-5640

CLERK
Southern District