UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

KEENAN M. SCOTT, THOMAS LOGAN, JOHN
LOOMIS, ROBERT DAVIDSON and MICHAEL C.
DEMARTINO, et al.

                                Plaintiffs,

            - against -

CITY OF NEW YORK and THE NEW YORK CITY
POLICE DEPARTMENT,

                               Defendants.
----------------------------------------------------------------------x

**AMENDED NOTICE OF APPEAL**
02 Civ 9530

       **PLEASE TAKE NOTICE** that defendants hereby appeal to the United States Court of Appeals for the Second Circuit, from the judgment of the Honorable Shira A. Scheindlin, herein dated August 25, 2009, and entered in the docket on August 25, 2009, insofar as it awarded attorneys fees to Thomas Puccio.

Dated: New York, New York
         September 21, 2009

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                           City of New York
                                        Attorney for Defendants,
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-1010

                   By:        _____
                                 LEONARD KOERNER
                                 Chief, Appeals Division

TO:    THOMAS P. PUCCIO, ESQ.
         LAW OFFICES OF THOMAS P. PUCCIO
         Attorneys for Plaintiffs,
         230 Park Avenue
         New York, New York 10169
         (212) 883-6383

WILL AITCHISON, ESQ.
MARK A. CRABTREE, ESQ.
AITCHISON & VICK, INC.,
Attorneys for Plaintiffs,
3021 N.E. Broadway,
Portland, Oregon 97232.
(503) 282-6160

GARY A. ORSECK, ESQ.
LAWRENCE S. ROBBINS, ESQ.
DAMON W. TAAFFE, ESQ.
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER, LLP.
Attorneys for Plaintiffs,
1801 K. Street, NW, Suite 411
Washington, DC 20006
(202) 775-4500

JOHN T. BRENNAN, ESQ.
LAW OFFICES OF JOHN T. BRENNAN
26 Court Street, Suite 710,
Brooklyn, New York 11242
(718) 923-5640

CLERK
Southern District