UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEENAN M. SCOTT, THOMAS LOGAN, JOHN LOOMIS, ROBERT DAVIDSON, and MICHAEL C. DEMARTINO, et al., <br><br>                    Plaintiffs, <br><br> - against - <br><br> CITY OF NEW YORK and THE CITY OF NEW YORK POLICE DEPARTMENT <br><br>                    Defendants | **NOTICE OF CROSS APPEAL** <br><br> 02 Civ. 9530 (SAS) |

    **PLEASE TAKE NOTICE** that plaintiffs hereby cross appeal to the United States Court of Appeals for the Second Circuit from the Opinions and Orders ("Orders") of the District Court, dated August 25, 2009 and September 21, 2009, insofar as the Orders limited the attorneys' fees awarded to plaintiff's counsel Thomas P. Puccio to only $515,179.28 out of the $2,035,867.50 in attorneys' fees sought for Mr. Puccio, and denied plaintiffs' motion for reconsideration of the District Court's Order awarding said attorneys' fees.

Dated:    New York, New York
            October 1, 2009

                                              LAW OFFICES OF THOMAS P. PUCCIO

                            By: _____
                                              THOMAS P. PUCCIO
                                              230 Park Avenue
                                              New York, New York 10169
                                              (212) 883-6383
                                              *Attorneys for Plaintiffs*

TO: MICHAEL A. CARDOZO
Corporation Counsel of
the City of New York
Attorneys for Defendants
100 Church Street
New York, New York 10007

WILL ATCHINSON, ESQ.
MARK A. CRABTREE, ESQ.
ATCHISON & VICK, INC.
Attorneys for Plaintiffs,
3021 N.E. Broadway
Portland, Oregon 97232
(503) 282-6160

GARY A. ORSECK, ESQ.
LAWRENCE S. ROBBINS, ESQ.
DAMON A. TAAFE, ESQ.
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
Attorneys for Plaintiffs,
1801 K Street, NW, Suite 411
Washington, D.C. 20006
(202) 775-4500

JOHN T. BRENNAN, ESQ.
LAW OFFICES OF JOHN T. BRENNAN
26 Court Street, Suite 710
Brooklyn, New York 11242
(718) 923-5640

CLERK
Southern District