**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 09-3317-cv (L); 09-3353-cv (XAP)

**Motion for:** Stay of Appeal and Remand for Review of Settlement Proposal

**Set forth below precise, complete statement of relief sought:**
Plaintiffs/Appellants request that this Court stay appellate proceedings, and remand to the District Court jurisdiction to consider the fairness to individual plaintiffs of a settlement proposal on which the parties' attorneys have agreed. Defendants/Cross-Appellants do not oppose this relief.

**Caption [use short title]**

Scott, et al.,

Plaintiffs/Appellants

v.

City of New York, et al.,

Defendants/Cross-Appellants

**MOVING PARTY:** Scott, et al.
☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** Unopposed; City of New York is Appellee in the case

**MOVING ATTORNEY:** Gary A. Orseck
[name of attorney, with firm, address, phone number and e-mail]
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411
Washington, D.C. 20006
(202) 775-4500

**OPPOSING ATTORNEY [Name]:** Deborah Brenner
[name of attorney, with firm, address, phone number and e-mail]
New York City Law Department
100 Church Street, Room 2-172
New York, NY 10007
(212) 788-0881

**Court/Judge/Agency appealed from:** United States District Court for the Southern District of New York (Scheindlin, J.)

**Please check appropriate boxes:**

Has consent of opposing counsel:
A. been sought?    ☒ Yes    ☐ No
B. been obtained?    ☒ Yes    ☐ No

Is oral argument requested?    ☐ Yes    ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes    ☒ No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?    ☐ Yes    ☒ No

Has this relief been previously sought in this Court?    ☐ Yes    ☒ No

Requested return date and explanation of emergency:

**Signature of Moving Attorney:**
_____  Date: 10-7-09

Has service been effected?    ☒ Yes    ☐ No
[Attach proof of service]

---

### AMENDED ORDER

**Before:** Robert A. Katzmann, *Circuit Judge*

IT IS HEREBY ORDERED that the Appellant's motion to stay Appellate proceedings and for limited remand to the district court for review of the settlement proposal is GRANTED. Within 14 days of the conclusion of the fairness hearing, the Appellants must submit notice to the court if they would like the appeal reactivated.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk
by _____
Judy Pisnanont, Motions Staff Attorney

10.28.09
Date

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

CERTIFIED: OCT 28 2009