IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KEENAN M. SCOTT, THOMAS LOGAN,
JOHN LOOMIS, ROBERT DAVIDSON, and
MICHAEL C. DEMARTINO, et al.,

    Plaintiffs,

v.

CITY OF NEW YORK and THE NEW YORK
CITY POLICE DEPARTMENT,

    Defendants.

Civil Action No. 02 CV 9530 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09

**ORDER**

Plaintiffs have requested, and defendants do not oppose, that the Court conduct a Fairness Hearing regarding a proposed settlement of the case. Accordingly, the Court hereby enters the following schedule with respect to these proceedings:

1. Plaintiffs' counsel shall mail notice of the Fairness Hearing and this scheduling Order to plaintiffs at their most recent known addresses, and shall otherwise undertake reasonable efforts to notify plaintiffs, by no later than **November 17, 2009**.

2. Plaintiffs' counsel shall file and serve a memorandum addressing the merits of the proposed settlement by no later than **November 17, 2009**.

3. The deadline for individual plaintiffs to submit any objections or comments regarding the proposed settlement, and to notify plaintiffs' counsel of their intent to appear at the Fairness Hearing, is **December 11, 2009**.

4. Plaintiffs' counsel shall file and serve any objections, comments or notices received from individual plaintiffs by **December 14, 2009**.

5. The Fairness Hearing shall be held on **December 18, 2009 at 2:30 PM**.

SO ORDERED:

_____
Honorable Shira A. Scheindlin
United States District Judge

November 9, 2009