ORIGINAL



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| S.E.C., <br>                              Plaintiff <br>        -against- <br> Ashbury Capital, et al, <br>                              Defendant | 1:00-cv-07898 (PAC) <br><br> **MINUTE ORDER PURSUANT TO MEMORANDUM FROM THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS, DATED JUNE 15TH, 1973** |

      The attached list of cases having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain these files as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for each case.

      Nothing contained in this minute order shall be considered a dismissal or disposition of these matters, and should further proceedings in them become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED:
DATED: New York, N.Y.
           March 5, 2013

*Loretta A. Preska*
Chief Judge

# THREE YEAR OLD CASE LIST

| *JUDGE* | *CASE NUMBER* | *PLAINTIFF* | *DEFENDANT* | *DATE FILED* |
|---|---|---|---|---|
| Crotty | 1:00-cv-07898 (PAC) | S.E.C. | Ashbury Capital, et al | 10/17/2000 |
| Crotty | 1:08-cv-08102 (PAC) | Nvidia Corporation | Scanner Technologies Corporation | 09/19/2008 |
| Crotty | 1:08-cv-08142 (PAC) | ICOS Vision Systems Corporation N.V. et al | Scanner Technologies Corporation | 09/19/2008 |
| Crotty | 1:09-cv-06920 (PAC) | ICOS Vision Systems Corportation N.V. et al | Scanner Technologies Corporation | 08/05/2009 |
| Ramos | 7:09-cv-00531 (ER) | Trustees of Plumbers & Steamfitters' Local 21 Benefit Funds | Richards Conditioning Corp. | 01/20/2009 |
| Ramos | 8:05-cv-01037 (ER) | Joao | Ascendia Brands, Inc. | 02/01/2005 |
| Scheindlin | 1:02-cv-09530 (SAS) | Scott, et al | City of New York, et al | 11/27/2002 |
| Stanton | 1:09-cv-01753 (LLS) | Global Companies LLC | Brite Fuel Oil Corp. et al | 02/25/2009 |
| Stanton | 1:09-cv-07183 (LLS) | Osnow | New York and Presbyterian Hospital | 08/14/2009 |
| Stanton | 1:10-cv-00230 (LLS) | Withers Broadcasting Company of Illinois, LLC et al | Broadcast Music, Inc. | 01/12/2010 |

1